**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANTONIO CHAVERO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>KING BIO INC.; and DOES 1-25, Inclusive,<br><br>Defendants.<br>_____/ | No. 13-04859 RS<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS** |

Plaintiff Antonio Chavero moves under Federal Rule of Civil Procedure 41(a)(2) for an order dismissing his class action complaint against defendants King Bio Inc. and Does #1-25. The motion is appropriate for resolution without oral argument pursuant to Civil Local Rule 7-1(b).

The motion to dismiss, which was filed June 20, 2014, required a written response by yesterday, July 7, 2014. *See* Civil L. R. 7-3(a). Although defendants failed to file a statement of nonopposition as required by Civil Local Rule 7-3(b), their silence will be construed as consent to plaintiff's request. Accordingly, Chevero's motion to dismiss is granted. Because no party requests dismissal with prejudice, the complaint is dismissed without prejudice.

The Clerk is directed to close the case and terminate ECF No. 33.

IT IS SO ORDERED.

Dated: 7/8/14

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE