IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANTONIO CHAVERO, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>KING BIO INC.; and DOES 1-25, Inclusive,<br><br>　　　　Defendants.<br>_____/ | No. 13-04859 RS<br><br>**ORDER DENYING DEFENDANT'S MOTION FOR RECONSIDERATION** |

　　　　This action was dismissed without prejudice after defendant King Bio Inc. failed to oppose plaintiff's motion to dismiss his case under Federal Rule of Procedure 41(a)(2). (ECF No. 34). Defendant now moves for reconsideration under Rules 59(e) and 60(b), requesting the court reopen the case, vacate its prior order, and allow defendant to oppose the motion to dismiss. In the alternative, defendant requests the prior order be amended to dismiss the action with prejudice.

　　　　Defendant falls far short of justifying its request for the extraordinary remedies available under Rules 59(e) and 60(b). Plaintiff's noncompliance with certain local rules does not render defendant's subsequent failure to respond "excusable." *See* Fed. R. Civ. P. 60(b)(1). Nor has defendant demonstrated that the judgment is "manifestly unjust" such that amendment is warranted under Rule 59(e). *See Sch. Dist. No. 1J, Multnomah Cnty., Or. v. ACandS, Inc.*, 5 F.3d 1255, 1263 (9th Cir. 1993). Defendant was on notice of his opportunity and obligation to respond to plaintiff's motion.

Defendant's motion is accordingly denied.  This matter is appropriate for resolution without oral argument pursuant to Civil Local Rule 7-1(b).

IT IS SO ORDERED.

Dated:  8/1/14

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE